1
2 Clerk U.S. District Court
3 P.O. Box 9344
4 Des Moines, IA 50306-9344
5
6            42 USC § 1983
7        Southern District of Iowa
8 To, Cover Nebraska, Colorado, Kansas
9 New York, Texas, California, Florida
10    Washington State, Washington D.C.
11        United Union Capital
12            of America
13
14 Complaint/Compensation:
15
16 Munroe Meyer Institutes
17 412 S. Saddle Creek Road
18 Omaha NE 08131
19 Disabilities, Psychology, Diagnostic's
20
21 Mutual of Omaha, Corporate Secretary
22 Joy Vankat, James Blackledge, Stephen Abel's
23 Nancy Crawford, Scott Ault
24 3300 Plaza Omaha NE 68175
25
26 M and M Staffing 8015 Dodge St. Omaha NE
27 68132    402-344-4848, same as 713 S. 16th
28

RECEIVED
JUN 05 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

1

2   Olive Garden, 7505 Dodge Street, Omaha

3   NE 68114, 402-393-8404

4

5   Case of Complaint / Petition,

6   Handicap / Dangerous Patients of UNMC

7   of Monroe Meyers Institute, are all over

8   Mr. Walter H. Holloway's criminal record

9   of making themselves as a victim, when

10   in reality they are paid nuisances of

11   a clinical diagnoses occupation at

12   412 Saddle Creek Monroe Meyer Institute,

13

14   Also to be mingled in is of United Rent

15   all of 813 Saddle creek of Omaha NE

16   and of Company phone lisence # beginning

17   with 813 then the 4 digit phone number.

18

19   Before it was a assignment to work with

20   them, now I am caught up in someone's

21   else's cast of workers, and to claim

22   me as them and to place me in the

23   system of being Insane. When at fact

24   3704 Hamilton was a repested set up

25   of look alikes of my sister Mary, and

26   they come from right next door, the

27   same place where thier medication was at,

28

2  Use of them, I have lost so much
3  property, my career's in medical and
4  law enforcement. And when I try
5  to use what's rightfully mines, they
6  claim it does not exist.
7
8  My investments are, the pharmacy's of
9  Bakers and Walgreenes in Omaha, and
10  was established to help the low income
11  population.
12
13  So not to drag it out, I am asking
14  the Directors of Mutual Omaha, to pay
15  me for taking the land of Park Ave
16  & 29th, Farnam lot. Also to lift the
17  restrictions on my employment record
18  and to restore my rights to work in
19  Hospital's in Omaha and other states.
20  As well to unblock my E-mail's use
21  to have outside communication.
22  "Yes" I do blame Mutual in Corporate
23  Quasi Policy on Public School's Doctrine
24  of Closing Tech High School and Parents
25  of Black Students, Parents and exile
26  them from the land and property they
27  own in the area.
28

1 Supreme Court Ruling:
2 1983 Forms Do Not Require a Forma Pauperus
3 or Filing Fee's, it all a Adit of Federal,
4 State, and National Goverment Operational
5 Standards.
6
7 Respectfully Submitted
8
9        Walter H. Holloway
10       6/1/2019
11
12 U.S. District Courthouse
13 123 East Walnut Street
14 Des Moines, IA 50309
15
16 U.S. District Courthouse
17 8 South 6th Street
18 Council Bluffs, IA 51501
19
20 Mr. Walter H. Holloway prays for a
21 speedy relief of a Mediation Bench
22 Civil Motions of Answer, Deliberation
23 Decision and Answer to Plaintiff of
24 seeking Awards of Iowa/ Nebraska/
25 Colorado/ Florida and University Med
26 Center - Monroe Meyers Institute of
27 Research Actors of Private Nuisances.
28

Nebraska Regents
Malpractice; 1983
Civil Rights Form



OMAHA NE 680

03 JUN 2019 PM 3 L

mason U.S.

U.S.A. District Courthouse
123 East Walnut Street
Des Moines, IA 50309

RECEIVED

JUN 05 2019

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

America On line
Pro table

50309-203599

Mailing Address:
Walter H. Holloway
2223 Jones Apt #2
Omaha Nebr 68102