UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Walter H. Holloway

      Plaintiff

v

MUNROE MEYER INDUSTRIES, MUTUAL OF OMAHA, JAY VANKAT, JAMES BLOCKLEDGE, STEPHEN ABELS, NANCY CRAWFORD, SCOTT AULT, M AND M STAFFING, and OLIVE GARDEN

      Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:19-cv-00014

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of Defendants. Complaint is Dismissed without prejudice.

Date: October 21, 2019

CLERK, U.S. DISTRICT COURT

/s./ K. Chrismer
———————————————
By: Deputy Clerk